# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0004
LT Case No. 16-2016-CF-10602

_____

RUSSELL DAVID TILLIS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Jessica J. Yeary, Public Defender,, and Victor D. Holder,
Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Robert Charlie Lee,
Assistant Attorney General, Tallahassee, for Appellee.


January 9, 2024


PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____